**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Wilfredo Gonzalez LORA,
Defendant–Appellant.**

No. 02–6516.

United States Court of Appeals,
Fourth Circuit.

Submitted April 8, 2003.

Decided May 15, 2003.

Wilfredo Gonzalez Lora, Appellant Pro Se.

Before TRAXLER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Wilfredo Gonzalez Lora appeals the district court's orders denying his motions for reproduction of personal legal papers, for information on a deported government witness, and for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Lora,* No. CR–98–358–A (E.D.Va. filed Feb. 15, 2002 & entered Feb. 19, 2002; Mar. 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*